UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | : | CHAPTER 13 |
| | : | |
| MARK GARCIA | : | CASE NO. 17-30059 |
| JEAN MARIE GARCIA | : | Re: ECF No. 58 |
| | : | |
| DEBTORS | : | |

## ORDER ON DEBTORS' MOTION TO APPROVE COMPROMISE AND SETTLE CLAIM

Before the Court is Debtors' Motion to Approve Compromise and Settle Claim pursuant to Fed.R.Bankr.P. 9019(a), ECF 58 (the "Motion"). After notice and a hearing, and in absence of any objection to the Motion; it is hereby

**ORDERED**: The Motion is GRANTED as set forth herein; and it is further

**ORDERED:** That the special counsel (Jonathan Perkins) appointed to represent the Debtors in a personal injury claim is hereby authorized to settle that claim on behalf of the Debtors and the bankruptcy estate for the sum of $19,000.00 and the settlement of that claim in the amount of $19,000.00 is hereby approved under Bankruptcy Rule 9019(a); and it is further

**ORDERED:** That the special counsel (Jonathan Perkins) will forward the settlement proceeds less any attorney's fees and expenses (*see* **EXHIBIT A**) to the Law Offices of Neil Crane, LLC for disbursement to the Debtor.

Dated this 18th day of September, 2018, at New Haven, Connecticut.

*Ann M. Nevins*
United States Bankruptcy Judge
District of Connecticut

## **EXHIBIT A**

| Fees and Expenses | Amount |
|---|---|
| Attorney's Fees | $6,333.33 |
| Litigation Expenses | $1,164.34 |
| Dr. Paul Pezzino | $1,525.00 |
| Connecticut Department of Administrative Services | $116.60 |